[No. 12033–6–I. Division One. June 27, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
R. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 81–1–02905–8, Jim Bates, J., entered July 13,
1982. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Durham, A.C.J., and Callow, J.

[No. 5310–1–II. Division Two. June 27, 1983.]

HANAMI THOMAS, ET AL, *Plaintiffs*, v. HENRY BALKO,
ET AL, *Appellants*, BAINBRIDGE ISLAND REALTY,
INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 79–2–00218–8, Robert J. Bryan, J., entered
December 26, 1980. *Affirmed* by unpublished opinion per
Petrich, C.J., concurred in by Petrie and Worswick, JJ.

[Nos. 5333–1–II; 6307–7–II. Division Two. June 27, 1983.]

CASCADE SAVINGS AND LOAN ASSOCIATION, *Appellant*,
v. JAMES M. BURKHEIMER, *Respondent*.

CASCADE SAVINGS AND LOAN ASSOCIATION, *Appellant*,
v. MICHAEL S. CURTIS, ET AL, *Respondents*.

Appeals from judgments of the Superior Court for Kitsap
County, Nos. 80–2–00795–7, 81–2–00812–9, James D. Roper
and Leonard W. Kruse, JJ., entered January 20, 1981, and
April 16, 1982. *Affirmed as modified* by unpublished opin-
ion per Petrich, C.J., concurred in by Petrie and Worswick,
JJ.